1  HALLI B. HESTON, Bar No. 90737
   RICHARD G. HESTON, Bar No. 90738
2  BENJAMIN R. HESTON, Bar No. 297798
   HESTON & HESTON, Attorneys at Law
3  19700 Fairchild Road, Suite 280
   Irvine, California 92612
4  Tel: (951) 290-2827
5  Fax: (949) 222-1043
   ben@hestonlaw.com
6
7  Attorneys for Debtor

8
              **UNITED STATES BANKRUPTCY COURT**
9
              **CENTRAL DISTRICT OF CALIFORNIA**
10
                    **RIVERSIDE DIVISION**
11

12  In re;                              )    Case No: 6:19-bk-19925-MH
                                        )
13                                      )    Chapter 7
    MIHAI BEJEREA,                      )
14                                      )
                                        )    **NOTICE OF MOTION AND**
15           Debtor.                    )    **MOTION FOR ORDER**
                                        )    **REOPENING CLOSED CASE TO**
16                                      )    **AMEND SCHEDULES B AND C**
                                        )
17                                      )    [No Hearing Unless Ordered by Court]
                                        )
18                                      )

19

20       TO THE UNITED STATES TRUSTEE, THE CHAPTER 7 TRUSTEE, AND ALL

21  INTERESTED PARTIES:

22       NOTICE IS HEREBY GIVEN that the Debtor moves the Court for an order reopening the

23  Debtor's closed Chapter 7 case in order to list an asset and exempt an asset that was inadvertently

24  not listed in Debtor's petition on the grounds set forth in the attached motion. This motion is being

25  brought under 11 U.S.C. §350(b) which states that a case may be reopened "to administer assets, to

26  accord relief to the debtor, or for other cause". Pursuant to LBR 9013-1(q)(11) a hearing is not

27  required unless otherwise ordered or requested.

28

*(left margin, vertical text)* HESTON & HESTON, Attorneys at Law
19700 Fairchild Road, Suite 280
Irvine, California 92612
Telephone: (949) 222-1041
Fax: (949) 222-1043

                              1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HESTON & HESTON, Attorneys at Law
19700 Fairchild Road, Suite 280
Irvine, California 92612
Telephone: (949) 222-1041
Fax: (949) 222-1043

## STATEMENT OF FACTS

1.  Debtor commenced this voluntary Chapter 7 case on November 11, 2019.

2.  At the time the Petition was filed, Debtor had two potential causes of action, only one of which was listed on the Petition simply due to a miscommunication between Debtor and his Counsel.

3.  The cause of action listed on the Petition under Schedule B, item #34, was "Potential 42 U.S.C. §1983 Claim against Perris Police Department and/or Riverside County Sheriff for negligence relating to a home invasion" and was given a value of $10,000 which was exempted in full under CCP §703.140(b)(5).

4.  The other cause of action that Debtor now seeks to list and claim as exempt is the result of an auto accident that occurred in April of 2019 in which Debtor was not at fault and was injured.

5.  In preparing Debtor's Schedules and Statements, Counsel inadvertently conflated the two causes of action and only listed the Section 1983 claim. Debtor was also unaware of the omission when reviewing the documents that were subsequently filed with the Court.

6.  It was not until the attorney representing the Debtor in the auto accident case discovered the Chapter 7 case and the fact that the claim was not listed on the Debtor's Petition and amendments that Debtor and Counsel became aware of the omission.

7.  Although the claim was disclosed in a profit and loss statement that was provided to the Trustee, this was not sufficient to fully apprise the Trustee of the nature and value of the claim. Attached hereto and incorporated herein as Exhibit A is a true and correct copy of a profit and loss statement that was provided to the Chapter 7 trustee which indicates that Debtor was involved in an auto accident in April of 2019.

1

**POINTS AND AUTHORITIES**

2    Pursuant to Bankruptcy Code §350(b), "A case may be reopened in the court in which such

3    case was closed to administer assets, to accord relief to the debtor, or for other cause." 11 U.S.C.

4    §350(b). As stated in <u>In re Dodge</u>, 138 B.R. 602 (Bankr. E.D. Cal. 1992), these motion to reopen

5    should be routinely granted:

6    "The Bankruptcy Code empowers the bankruptcy court to reopen a case to "accord

7    relief to a debtor". 11 U.S.C. § 350(b). The court's power is not circumscribed by

8    any time limit. As this court has previously suggested, such motions should be

9    routinely granted because the case is necessarily reopened to consider the

10    underlying request for relief. *In re Corgiat*, 123 B.R. 388, 392-3 (Bankr.E.D.Cal.

11    1991)."
     <u>In re Dodge</u>, 138 B.R. 602 (Bankr. E.D. Cal. 1992)

12

13    Although the Debtor did disclose the potential cause of action in a document that was

14    provided to the Trustee, it was not sufficiently disclosed so that it would be abandoned to the

15    Debtor upon the closing of his bankruptcy case. <u>Stevens v. Whitmore</u> (<u>In re Stevens</u>), BAP No.

16    CC-19-1325-TaFL (B.A.P. 9th Cir. July 2, 2020) (disclosing cause of action in Statement of

17    Financial Affairs was not sufficient for abandonment under 11 U.S.C. §554(c)).

18

19    WHEREFORE, the Debtor respectfully respects that this case be reopened to allow the Debtor

20    to amend his schedules and for the Trustee to determine whether any assets should be

21    administered.

22

23                                                      Heston & Heston
                                                        Attorneys at Law
24

25
      Dated: September 29, 2020
26                                                      Benjamin R. Heston,
                                                        Attorney for Debtor
27

28

HESTON & HESTON, Attorneys at Law
19700 Fairchild Road, Suite 280
Irvine, California 92612
Telephone: (949) 222-1041
Fax: (949) 222-1043

1

2

**DECLARATION OF MIHAI BEJEREA**

I, Mihai Bejerea, declare as follows:

1.  I am the Debtor in this bankruptcy case that was filed on November 11, 2019

2.  At the time the Petition was filed, I had two potential causes of action, only one of which was listed on the Petition due to a miscommunication between myself and my attorney, Benjamin Heston.

3.  The cause of action that I did list on the Petition under Schedule B, item #34, was "Potential 42 U.S.C. §1983 Claim against Perris Police Department and/or Riverside County Sheriff for negligence relating to a home invasion" which I estimated had a value of $10,000.

4.  The other cause of action that was not listed was a claim resulting from an auto accident that occurred in April of 2019 which I was not at fault and was injured.

5.  In preparing and reviewing my Schedules and Statements, I was unaware that the cause of action was not listed because I believed that item #34 included both claims.

6.  During the case, the Trustee requested profit and loss statements which I provided to the Trustee. On the front sheet of one profit and loss statement, I had made a note stating "**Note** – In May 2018 I was a victim of crime and April 2019, I was involved in a car accident. Outside Labor has increased due to my injuries. I had to outsource much of my work. I am not able to perform my job like I did in the past." A true and correct copy of this profit and loss statement is attached hereto as Exhibit A.

///

///

///

///

///

**HESTON & HESTON, Attorneys at Law**
19700 Fairchild Road, Suite 280
Irvine, California 92612
Telephone: (949) 222-1041
Fax: (949) 222-1043

4

HESTON & HESTON, Attorneys at Law
19700 Fairchild Road, Suite 280
Irvine, California 92612
Telephone: (949) 222-1041
Fax: (949) 222-1043

1    7.   After my bankruptcy case was discharged and closed, the attorney who was handling the

2    auto accident claim informed me that there could be an issue with the claim not being listed in the

3    bankruptcy and he contacted Mr. Heston.

4         I declare under penalty of perjury under the laws of the State of California that the

5    foregoing is true and correct.

6

7

8    Date: 08 - 18, 20 _____
                                    Mihai Bejerea
9

10

5

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**HESTON & HESTON, Attorneys at Law**
19700 Fairchild Road, Suite 280
Irvine, California 92612
Telephone: (949) 222-1041
Fax: (949) 222-1043

# EXHIBIT A

6

# PROFIT & LOSS STATEMENT

January 1, 2019 to November 30, 2019
Art of Marble Inc.

| | |
|---|---|
| Sales & Services | $191,206.28 |
| **Total Revenue** | **$191,206.28** |

**Expense**

| | |
|---|---|
| Materials & Supplies | $ 74,379.00 |
| Labor / Outside Services | $ 42,500.00 |
| Telephone | $ 2,303.64 |
| Auto Expense | $ 9,205.00 |
| Liability / Business Insurance | $ 1,722.00 |
| Office Expense | $ 708.00 |
| Other Business Expense | $ 32,874.00 |
| Total Expenses | $163,691.64 |

| | |
|---|---|
| **Net Income** | **$27,514.64** |

*Note – In May 2018 I was a victim of crime and April 2019, I was involved in a car accident. Outside Labor has increased due to my injuries. I had to outsource much of my work. I am not able to perform my job like I did in the past.

I, Mihai Bejerea, certify that the information stated above is true and correct to the best of my knowledge.

Signature _____  Date 12-17-19

I, Adina Coca, certify that I examined the records for Mihai Bejerea. The above statements are true and correct to the best of my knowledge.

Signature _____  Date 12/17/2019

**B & C Tax Service 17291 Irvine Blvd #475 Tustin, CA 92780 Tel (714)713-6931**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

19700 Fairchild Road, Suite 280
Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION FOR ORDER REOPENING CLOSED CASE TO AMEND SCHEDULES B & C** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/14/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Howard B Grobstein (TR)    hbgtrustee@gtllp.com, C135@ecfcbis.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 10/14/2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**JUDGE**
Hon. Mark. D. Houle
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 365 / Courtroom 303
Riverside, CA 92501-3819

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/14/2020 | Yanira Flores | /s/ Yanira Flores |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                           **F 9013-3.1.PROOF.SERVICE**