1  BENJAMIN R. HESTON, Bar No, 297798
   HALLI B. HESTON, Bar No. 90737
2  RICHARD G. HESTON, Bar No. 90738
   HESTON & HESTON, Attorneys at Law
3  19700 Fairchild Road, Suite 200
   Irvine, CA 92612
4  (949) 222-1041
   (949) 222-1043 Fax
5  ben@hestonlaw.com

6  Attorneys for Debtor

**FILED & ENTERED**

**NOV 05 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** craig    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>MIHAI BEJEREA,<br><br>　　　　Debtor. | Case No.: 6:19-bk-19925-MH<br><br>Chapter 7<br><br>**ORDER SETTING HEARING ON MOTION FOR ORDER REOPENING CLOSED CASE TO AMEND SCHEDULES B AND C**<br><br>**Hearing Set:**<br><br>Date: December 2, 2020<br>Time: 11:00 a.m.<br>Place: 3420 Twelfth St.,<br>Riverside, CA 92501<br>Courtroom: 303 |

　　　　The Motion of Debtor, MIHAI BEJEREA, for an order reopening a closed case to amend Schedules B and C, was filed on October 14, 2020 as docket entry number #22 and served on October 14, 2020 pursuant to Local Bankruptcy Rule 9013(o)(1). Having reviewed the motion,

　　　　IT IS HEREBY ORDERED THAT,

　　　　1.　　A hearing is hereby scheduled for December 2, 2020, at 11:00 a.m. in Courtroom 303 of the above-entitled court.

Date: November 5, 2020

_____
Mark Houle
‡ United States Bankruptcy Judge

1

_____
**Order on Motion for Order Reopening Closed Case to Amend Schedules**