BENJAMIN R. HESTON, Bar No, 297798
HALLI B. HESTON, Bar No. 90737
RICHARD G. HESTON, Bar No. 90738
HESTON & HESTON, Attorneys at Law
19700 Fairchild Road, Suite 200
Irvine, CA  92612
T: (951) 290-2827
F: (949) 222-1043
ben@hestonlaw.com

Attorneys for Debtor

**FILED & ENTERED**

**DEC 03 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** craig    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>MIHAI BEJEREA,<br><br>　　　　　　Debtor. | Case No.: 6:19-bk-19925-MH<br><br>Chapter 7<br><br>**ORDER ON MOTION FOR ORDER REOPENING CLOSED CASE TO AMEND SCHEDULES B AND C**<br><br><u>Hearing</u><br>Date: December 2, 2020<br>Time: 11:00 a.m.<br>Location: United States Bankruptcy Courthouse<br>　　　　3420 Twelfth Street<br>　　　　Courtroom 303<br>　　　　Riverside, CA 92501 |

　　　　On December 2, 2020 at 11:00 a.m., a hearing was held on Debtors' Motion for an Order Reopening Closed Case to Amend Schedules B and C, Judge Mark D. Houle presiding. An appearance was made by Benjamin Heston, Counsel for the Debtor.

///

///

///

///

///

1

The Court, having read the Motion and considered the arguments,

ORDERS AS FOLLOWS:

1. The Debtor's closed bankruptcy case is reopened;
2. The Debtor may file a motion for leave to amend his schedules within sixty days;
3. If no matter is pending at the expiration of this sixty-day period, the case may be closed without further notice.

###

Date: December 3, 2020

Mark Houle
United States Bankruptcy Judge