HESTON & HESTON, ATTORNEYS AT LAW
BENJAMIN R. HESTON (State Bar No. 297798)
HALLI B. HESTON (State Bar No. 90737)
RICHARD G. HESTON (State Bar No. 90738)
19700 Fairchild Road, Suite 280
Irvine, California 92612-2521
Telephone:    (951) 290-2827
Facsimile:    (949) 222-1043

Attorneys for Debtor

**FILED & ENTERED**

**JAN 04 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** craig    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

In re:

MIHAI BEJEREA

　　　　Debtor.

Case No.: 6:19-bk-19925-MH

Chapter 7

**ORDER ON MOTION FOR LEAVE TO AMEND SCHEDULES A/B AND C AND STATEMENT OF FINANCIAL AFFAIRS**

(NO HEARING DATE SET)

　　The Court having reviewed the Debtor's Motion for Leave to Amend Schedules A/B and C and Statement of Financial Affairs filed on December 11, 2020 as Docket #31,

　　ORDERS AS FOLLOWS:

　　1.　The Motion is granted;

　　2.　The Debtor is granted leave to amend his Schedule A/B and C and Statement of Financial Affairs.

Date: January 4, 2021

_____
Mark Houle
United States Bankruptcy Judge

1